# EXHIBIT "A"



**CPR Classic Sales**

760-723-8900 · fax 760-723-8989 · www.cprclassic.com · CA Dealer License #47956
311 Industrial Way Suite 3 · Fallbrook, CA 92028

May 25th, 2021

## Consignment Agreement

**CLIENT:** David Williams                                   **PHONE:** 830-456-4567

**ADDRESS:** 986 Bobcat Trail Kerville TX 78028

**SUBJECT:** Consignment of a 1986 Porsche 930 Turbo Coupe (Black)          **Serial #:** _____

The following agreement is entered into this 25th day of May, 2021 between CPR CLASSIC SALES (CA Dealer License #: 47956) herein referred to as **CPR** and **DAVID WILLIAMS** herein referred to as the Client. Whereas the Client is the owner of a *1986 Porsche 930 Turbo Coupe (Black)* herein referred to as the car and CPR is in the business of selling Porsche automobiles, an agreement is hereby entered into between the parties for CPR to exclusively market, advertise, repair and sell the car under the following terms and conditions:

1. **Net Price to Client:** The asking price for the vehicle shall be $~~120,000.00~~ ~~$140,000.00~~ [handwritten: $130,000 $150,000] . CPR shall retain a 10% commission of the price the vehicle sells for. [handwritten initials: DW]

2. **Term:** The term of the consignment shall be for 120 days from the date the car arrives at CPR's Fallbrook CA location. In the unlikely event that the car remain unsold at the end of the term, the consignment shall automatically continue on a month to month basis until such time as the car is sold or either party decides to take the car off consignment with 30 days written notice.

3. **Insurance:** CPR shall maintain Garage Keepers, dealer comprehensive and collision coverage for the full retail value of the car on the car throughout the term of the consignment upon pick up of the car. The Client hereby grants full permission to drive, display, and repair the car while in CPR's care and control. CPR shall be responsible for any damage or minor repairs (excluding prior damage or failures) which may occur while in CPR's possession.

4. **Title:** The Client agrees to provide CPR with copies of the title front and back. Once the car has sold, CPR will need the title to collect the remaining funds and close the sale. Client hereby agrees that upon notification that the car is sold, Client will forward the title to CPR. Upon receipt of the title, CPR will close the transaction and forward the balance due to the Client by wire transfer.

This agreement shall be governed by the laws of the State of California. Facsimile signed copies in multiple parts shall be accepted as originals for the purpose of this agreement. In the highly unlikely event that there is a dispute, the prevailing party shall be entitled to reasonable attorney's fees as directed by the governing authority. This is the complete agreement between the parties and any changes to the agreement must be in writing and signed by all parties to the agreement to be binding.

Signed and Agreed to;

X [signature] _____        5/28/2021
David Williams, Client                    Date

X [signature] _____        5-25-21
Andrea Doherty, CPR Classic Sales         Date

Exhibit A
Page 000001

# STATE OF TEXAS CERTIFICATE OF TITLE TO A MOTOR VEHICLE

THE STATE DEPARTMENT OF HIGHWAYS AND PUBLIC TRANSPORTATION CERTIFIES THAT THE APPLICANT HEREIN NAMED HAS BEEN DULY REGISTERED IN THE OFFICE OF THE DEPARTMENT AS THE LAWFUL OWNER OF THE MOTOR VEHICLE DESCRIBED BELOW.

DO NOT ACCEPT TITLE SHOWING ERASURE ALTERATION OR MUTILATION

- **ODOMETER READING:** 020074
- **MAKE OF VEHICLE:** PORSCHE
- **YEAR MODEL:** 1986
- **BODY STYLE:** 2DR
- **LICENSE NUMBER:** 011YSY
- **MOTOR OR VEHICLE IDENTIFICATION NUMBER:** WP0JB0938GS050753
- **WEIGHT:** 3100
- **MFG. CAPACITY IN TONS:**
- **DEPARTMENTAL USE ONLY:** 5361256
- **TITLE NUMBER:** 25021196
- **DATE TITLE ISSUED:** 10/25/89
- **ORIGINAL**

**PREVIOUS OWNER:** CLASSIC FERRARI RICHARDSON TX

**OWNER (IF LIEN RECORDED):**

**DATE OF LIEN:** NONE
**LIEN HOLDER (OR OWNER IF NO LIEN):** DAVID G WILLIAMS, PO BOX 829, INGRAM, TEX 78025

*This Title must be signed in ink upon receipt*

1ST LIEN RELEASED ____ DATE ____ BY ____ AUTHORIZED AGENT
DATE OF LIEN ____ NAME AND ADDRESS OF 2ND LIEN HOLDER
SIGNATURE OF OWNER OR AGENT
2ND LIEN RELEASED ____ DATE ____ BY ____ AUTHORIZED AGENT

62028616

The applicant has affirmed under oath to be the owner of the above described motor vehicle, subject to the herein described lien and encumbrances and no others, and it appears upon the official records of the Department that at the date of the issuance of this certificate, said motor vehicle is subject to the liens hereinbefore enumerated.

R.E. Stotzer, Jr., Engineer - Director

*Dian K. Neill*
DIAN K. NEILL, DIRECTOR DIVISION OF MOTOR VEHICLES

---

## WHEN VEHICLE SOLD

TITLE HOLDER MUST ASSIGN AND FURNISH THIS TITLE, CURRENT LICENSE RECEIPT AND SALES TAX AFFIDAVIT TO PURCHASER WHO MUST FILE APPLICATION WITH COUNTY TAX COLLECTOR WITHIN 20 WORKING DAYS TO AVOID $10.00 PENALTY.

**TITLE ASSIGNMENT**

The ownership of this vehicle is hereby assigned to:

NAME OF PURCHASER ____
ADDRESS ____ CITY & STATE ____

State regulations require you to state the odometer mileage upon transfer of ownership (Article 6687-1, Sec. 33, V.C.S.).

I (we) certify to the best of my (our) knowledge that the odometer reading is ____ Odometer Reading | Tenths

1. The amount of mileage stated is in excess of 99,999 miles, or
2. The odometer reading is not the actual mileage.

I (we) am (are) the owner(s) of this vehicle and I (we) hereby warrant the title to be free of all liens, except such as are shown on the face of this certificate or are fully described in an affidavit attached hereto.

Signature ____ Seller
Subscribed and sworn to before me this ____ day of ____ 19 ____
Notary Seal
____ County, Texas
Notary Public

**TITLE REASSIGNMENT BY DEALER**

The ownership of this vehicle is hereby assigned to:

NAME OF PURCHASER ____
ADDRESS ____ CITY & STATE ____

State regulations require you to state the odometer mileage upon transfer of ownership (Article 6687-1, Sec. 33, V.C.S.).

I (we) certify to the best of my (our) knowledge that the odometer reading is ____ Odometer Reading | Tenths

1. The amount of mileage stated is in excess of 99,999 miles, or
2. The odometer reading is not the actual mileage.

and reflects the actual mileage of the vehicle described herein or (check if applicable):

I (we) am (are) the owner(s) of this vehicle and I (we) hereby warrant the title to be free of all liens, except such as are shown on the face of this certificate or are fully described in an affidavit attached hereto.

By ____
Dealer's Firm Name ____
By Authorized Agent ____
DEALER NO. ____
Subscribed and sworn to before me this ____ day of ____ 19 ____
Notary Seal
____ County, Texas
Notary Public

Exhibit A

Page 000002