# Exhibit "B"

**David Williams**

**From:** David Williams <davwil@beecreek.net>
**Sent:** Friday, September 29, 2023 12:45 PM
**To:** 'Andrea Doherty'
**Subject:** Wiring Instructions

Hi Andrea,

Below are the wiring details for sending the funds from the sale of my 930.

Thank you.

Account Name:   David G. Williams

Account #:      183293497
Bank Name:      Randolph-Brooks Federal Credit Union
Bank Address:   P.O. Box 2097
                Universal City, Texas 78148-2097
Routing #       314089681

David Williams
986 Bobcat Trail
Kerrville, Texas 78028

1

Exhibit B
Page 000001

**David Williams**

**From:** David Williams <davwil@beecreek.net>
**Sent:** Tuesday, October 3, 2023 1:04 PM
**To:** 'Andrea Doherty'
**Subject:** FW: Wiring Instructions

**From:** David Williams <davwil@beecreek.net>
**Sent:** Friday, September 29, 2023 12:45 PM
**To:** 'Andrea Doherty' <andrea@cprclassic.com>
**Subject:** Wiring Instructions

Hi Andrea,

Below are the wiring details for sending the funds from the sale of my 930.

Thank you.

Account Name:    David G. Williams

Account #:       183293497
Bank Name:       Randolph-Brooks Federal Credit Union
Bank Address:    P.O. Box 2097
                 Universal City, Texas 78148-2097
Routing #        314089681

David Williams
986 Bobcat Trail
Kerrville, Texas 78028