# David Williams

**From:** David Williams <davwil@beecreek.net>
**Sent:** Thursday, October 12, 2023 9:54 AM
**To:** 'Andrea Doherty'
**Subject:** Payment Concerning Sale of 1986 Porsche 930

Andrea Nicole Doherty, Chief Executive Officer CPR Classic
dba CPR Classic Restoration, dba California Porsche Restoration
501 Industrial Way
Fallbrook, CA 92028

Andrea,

I sent my 1986 Porsche 930 to CPR in mid-2021, for a consignment sale. Since then you have informed me of several sales that "fell through" for various reasons. You were certain that one of these buyers was going to purchase the car and asked that I forward the signed title, so the sale could be completed. Again, you later informed me that the buyer couldn't get financing and the sale fell through. Then in August of this year you informed that a buyer from Chicago, which you've sold around 25 cars over the years, was interested in adding it to his collection. You told me that sale went through during the first week of September.

When I called again on 9/18 you said you were waiting for the check to clear and then you could issue the wire transfer to me. (You said the car was sold for $149,000 and after deducting CPR's 10% commission the wire transfer would be in the amount of $134,100.) When I inquired you on 9/28 you said the check had cleared and the wire transfer would go out no later than Wednesday of the following week (October 4th). I sent you wire transfer instructions and band details on 9/28. When there was no wire transfer I called again and you said you didn't receive the wiring instructions. While we were on the phone, I resend the information and you acknowledged receiving it and would wire the funds. Again, the funds weren't wired. I called several times and left a message with the receptionist and asked that you return my call...which you never did.

I continued to call and get a long list of excuses why the money hasn't been transferred. One day the excuse was that you were working from home. When I called your cell phone that day, you said you had Covid and couldn't initiate the wire transfer because you didn't have "internet authority" from the bank to wire that amount, but you were resolving that with your banker. And, you would call me back the next morning at 10 a.m. your time (12:00 my time) and provide me wiring confirmation details. Again, you didn't call. I called the following morning and, despite "covid", you were back at the office, but the receptionist said you were unable to take my call and would call me back. You didn't.

I spoke with you again on Tuesday (10/10) and you told me you were "working on the wire" at that moment, and it should go out that day unless it goes in after the cutoff time, but at any rate it would be in my account at the latest on Wednesday (10/12). It didn't arrive on Wednesday. It is now Thursday and no wire transfer has been made.

Andrea, the delays and excuses are no longer acceptable, nor logical. If the funds are not wired and in my account by close of business tomorrow (10/13/2023) I will begin legal civil actions against you personally, Dylan and CPR.

In addition to my speaking with a recommended attorney in Fallbrook regarding civil action, I am looking into filing a federal criminal complaint for consumer fraud, deceptive business practice and other possible illegal activities. The transport, sale and other issues involve interstate commerce. As such, I have had preliminary conversations with the Office of Attorney General in Texas, the Federal Trade Commission, and to the Unites State Attorney's Office of Ms. Tarra McGrath of the Southern District of California, San Diego, in regards to filing federal criminal charges against you personally, Dylan Doherty personally and CPR.

Again, I will continue to proceed along the above route if the is not in my account by close of business tomorrow 10/13/2023.

Sincerely,

David Williams


cc:

ReportFraud.ftc.gov

Office of Attorney General
PO Box 12548
Austin, TX 78711-2548

United State Attorney's Office
Ms. Tarra K. McGrath
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8807