UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WILLIAMS,<br><br>                          Plaintiff,<br><br>v.<br><br>ANDREA NICOLE DOHERTY dba CALIFORNIA PORSCHE RESTORATION, DOES 1 through 20,<br><br>                         Defendants. | Case No.: 23-CV-2179-JO-JLB<br><br>**ORDER ON PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

      On November 29, 2023, Plaintiff David Williams filed a breach of contract lawsuit against Defendant Andrea Nicole Doherty, doing business as California Porsche Restoration, alleging that Defendant failed to market and sell Plaintiff's Porsche and failed to return the Porsche to Plaintiff pursuant to a 2021 consignment agreement. Dkt. 1. On January 22, 2024, Plaintiff filed a temporary restraining order and preliminary injunction, requesting the Court (1) enjoin Defendant from transferring, utilizing, spending, withdrawing, removing, assigning, pledging, disbursing, or disposing of Plaintiff's Porsche and/or the funds that may have been received for its sale, and (2) order Defendant to return to Plaintiff the Porsche or funds from its sale. Dkt. 5 ("Mot.").

///

     The Court held oral argument on March 13, 2023.  For the reasons stated on the record at the oral argument, the Court DENIES Plaintiff's request for injunctive relief on the grounds that Plaintiff has neither demonstrated he "faces a real or immediate threat" that he will suffer irreparable harm, *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 22 (2008); *Midgett v. Tri-Cty. Metro. Transp. Dist. of Or.*, 254 F.3d 846, 850 (9th Cir. 2001), nor has he shown his damages would stem beyond purely compensatory damages stemming from "payment of money past due under a contract, or specific performance of a past-due monetary obligation," which "is not typically available in equity." *Great-West Life & Ann. Ins. Co. v. Knudson*, 534 US 204, 210 (2002).  Plaintiff's claims that he will be "deprived of his Porsche and/or funds from the sale of the Porsche," Mot. at 8–9, unless Defendant is immediately enjoined do not sufficiently demonstrate irreparable harm because "[p]urely economic harms are generally not irreparable, as money lost may be recovered later, in the ordinary course of litigation." *Idaho v. Coeur d'Alene Tribe*, 794 F3d 1039, 1046 (9th Cir. 2015).

     Because the Court finds that Plaintiff has failed to show there is a likelihood of irreparable injury, it DENIES Plaintiff's motion for temporary restraining order and preliminary injunction [Dkt. 5].

     **IT IS SO ORDERED**.

Dated:  March 19, 2024

_____
Honorable Jinsook Ohta
United States District Judge