UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WILLIAMS,<br><br>                          Plaintiff,<br><br>v.<br><br>ANDREA NICOLE DOHERTY dba CALIFORNIA PORSCHE RESTORATION, DOES 1 through 20,<br><br>                        Defendants. | Case No.: 23-CV-2179-JO-JLB<br><br>**ORDER GRANTING DEFAULT JUDGMENT** |

      Plaintiff David Williams filed a motion for default judgment against Defendant Andrea Nicole Doherty, doing business as California Porsche Restoration. Dkt. 19. The Court held oral argument on the motion on July 31, 2024. For the reasons stated on the record at the oral argument, the Court grants Plaintiff's motion for default judgment with respect to its breach of contract and violation of California Vehicle Code §§ 11711, 11729, 11730 claims.

      The Court awards (1) $149,000 for the fair market value of Plaintiff's Porsche; and (2) $10,246.30 in prejudgment interest. The Court denies Plaintiff's request for damages

for loss of the use and enjoyment of the vehicle; punitive damages; and attorney's fees and costs.

**IT IS SO ORDERED**.

Dated: August 5, 2024

Honorable Jinsook Ohta
United States District Judge