

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| David Williams<br><br>Plaintiff,<br><br>V.<br><br>Andrea Nicole Doherty, doing business as California Porsche Restoration; Does 1 through 20<br><br>Defendant. | Civil Action No. 23-cv-02179-JO-JLB<br><br>**CLERK'S DEFAULT JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court awards (1) $149,000 for the fair market value of Plaintiff's Porsche; and (2) $10,246.30 in prejudgment interest. The Court denies Plaintiff's request for damages for loss of the use and enjoyment of the vehicle; punitive damages; and attorney's fees and costs. The case is hereby closed.

Date: 8/5/24

CLERK OF COURT
JOHN MORRILL, Clerk of Court

By: s/ R. Contreras

R. Contreras, Deputy